**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE: THE HONORABLE TIMOTHY M. REIF, JUDGE**

| | |
|---|---|
| BIO-LAB, INC., ET AL.<br>*Plaintiffs*<br><br>v.<br><br>UNITED STATES,<br>*Defendant,*<br>AND<br><br>JUANCHENG KANGTAI CHEMICAL CO., LTD. AND HEZE HUAYI CHEMICAL CO., LTD.,<br>*Defendant-Intervenors* | Ct. No. 25-00054 |

**CONSENT MOTION FOR RESUSPENSION OF LIQUIDATION**

Pursuant to Rule 7(b) of the United States Court of International Trade, Plaintiffs Bio-Lab, Inc., Innovative Water Care, LLC, and Occidental Chemical Corporation (collectively, "Plaintiffs") respectfully request resuspension of the liquidation of the entries specified below.

Plaintiffs request that the Court, pursuant to 19 U.S.C. § 1516a(c)(2), order the United States, together with its delegates, officers, agents, and servants, including employees of U.S. Customs and Border Protection and the U.S. Department of Commerce, to resuspend the liquidation of entries of chlorinated isocyanurates from China that were produced by Heze Huayi Chemical Co., Ltd. and imported by Bio-Lab, Inc., subject to the U.S. Department of Commerce's final determination in *Chlorinated Isocyanurates from the People's Republic of China: Final Results of Antidumping Duty Administrative Review; 2021-2022*, 89 Fed. Reg. 455 (Jan. 4, 2024) that were entered for consumption during the period June 6, 2022 through July 4, 2022. The relevant entry numbers for Bio-Lab, Inc. are: 44286270127, 44286269046,

44286268386, 44286268394, 44286270556, 44286270572, 44286267453, 44286267495, 44286267511, 44286267537, 44286274780, 44286274806, 44286276660, 44286276736, and 44286276884.

The Court should also order the Department of Commerce to issue corrected liquidation instructions for *Chlorinated Isocyanurates From People's Republic of China: Final Results of Antidumping Duty Administrative Review; 2022–2023*, 90 Fed. Reg. 9710 (Feb. 18, 2025), the period under which these entries were liquidated, that include the appropriate rate for Bio-Lab, Inc.

In accordance with Rule 7(f), the undersigned have consulted with counsel for Defendant, the United States, and Defendant-Intervenors, Juancheng Kangtai Chemical Co., Ltd. and Heze Huayi Chemical Co., Ltd., regarding their position on this motion. On August 19, 2026, and August 26, 2026, respectively, counsel for Defendant, Tate N. Walker, and counsel for Defendant-Intervenors, Alexandra H. Salzman, indicated their consent to this motion.

Plaintiffs respectfully request that this Court grant their motion for resuspension of liquidation.

Respectfully submitted,

/s/ James R. Cannon, Jr.

James R. Cannon, Jr.
Ulrika K. Swanson

**CASSIDY LEVY KENT (USA) LLP**
2112 Pennsylvania Ave NW, Suite 300
Washington, D.C. 20037
Phone: (202) 567-2300
Fax: (202) 567-2301
Email: jcannon@cassidylevy.com

Dated: August 21, 2026

*Counsel to Bio-Lab, Inc., Innovative Water Care, LLC, and Occidental Chemical Corporation*