**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE: THE HONORABLE TIMOTHY M. REIF, JUDGE**

| | |
|---|---|
| BIO-LAB, INC., ET AL.<br>*Plaintiffs*<br><br>v.<br><br>UNITED STATES,<br>*Defendant,*<br>AND<br><br>JUANCHENG KANGTAI CHEMICAL CO., LTD. AND HEZE HUAYI CHEMICAL CO., LTD.,<br>*Defendant-Intervenors* | Ct. No. 25-00054 |

**ORDER**

Upon consideration of the Consent Motion for Resuspension of Liquidation by plaintiffs Bio-Lab, Inc., Innovative Water Care, LLC, and Occidental Chemical Corporation (collectively, "Plaintiffs"), and pursuant to 19 U.S.C. § 1516a(c)(2), it is hereby

**ORDERED** that the Motion for Resuspension of Liquidation is GRANTED; and it is further

**ORDERED** that Defendant, United States, together with its delegates, officers, agents, and servants, including employees of the U.S. Customs and Border Protection and the U.S. Department of Commerce, is required to return to unliquidated status, and enjoined from reliquidating, any entries of Chlorinated Isocyanurates from the People's Republic of China that were:

1. Produced by Heze Huayi Chemical Co., Ltd., and imported by Bio-Lab, Inc., under entry numbers 44286270127, 44286269046, 44286268386, 44286268394, 44286270556, 44286270572, 44286267453, 44286267495, 44286267511,

44286267537, 44286274780, 44286274806, 44286276660, 44286276736, and 44286276884;

2. The subject of the United States Department of Commerce's final determination in *Chlorinated Isocyanurates from the People's Republic of China: Final Results of Antidumping Duty Administrative Review; 2021-2022*, 89 Fed. Reg. 455 (Jan. 4, 2024); and
3. Entered, or withdrawn from warehouse, for consumption, by Bio-Lab, Inc., during the period June 6, 2022, through July 4, 2022.

And it is further

**ORDERED** that the Department of Commerce within 30 days from the date of entry of this order will issue corrected liquidation instructions for *Chlorinated Isocyanurates From People's Republic of China: Final Results of Antidumping Duty Administrative Review; 2022–2023*, 90 Fed. Reg. 9710 (Feb. 18, 2025) to include the duty rate applicable to each entry by Bio-Lab, Inc., of Chlorinated Isocyanurates manufactured by Heze Huayi Co., Ltd, and entered during the period June 6, 2022, through July 4, 2022; and it is further

**ORDERED** that any entries inadvertently liquidated after this order is signed but before this injunction is fully implemented by U.S. Customs and Border Protection shall be promptly returned to unliquidated status and suspended in accordance with this injunction; and it is further

**ORDERED** that the entries subject to this order will remain suspended until such time as the Order for Statutory Injunction upon Consent, liquidation issued in this proceeding on February 6, 2026, is terminated.

DATED: August 26, 2026
New York, New York

/s/ Timothy M. Reif
Timothy M. Reif, Judge